ORIGINAL

FILED
OCT 3 0 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**ROBERT LEE PORTER, JR.**

**Plaintiff**

vs.

No. 06-740 T

**UNITED STATES OF AMERICA**

**Defendant**

## COMPLAINT

Plaintiff, Robert Lee Porter, Jr., alleges that:

## PRELIMINARY STATEMENT

1. This is a suit arising under the Internal Revenue Code for the refund of income taxes, interest and penalties erroneously and illegally assessed against and collected from plaintiff.

## PARTIES

2. Plaintiff, Robert Lee Porter, Jr., is a citizen of the United States who resides at 11 Clemens Blvd, Mt. Holly, New Jersey. Social Security Number: 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.

3. The defendant is the United States of America.

## JURISDICTION

4. Jurisdiction and venue exists under 28 U.S.C. § 1491 (a)(1) since this is an income tax refund suit arising under Internal Revenue Code § 7422.

**STATEMENT OF CLAIM FOR TAX REFUND**

5. On or about February 25, 2002, the plaintiff, Robert Lee Porter, Jr., filed a federal income tax return, Form 1040 for the calendar year 2001 with the Internal Revenue Service Center in Philadelphia, Pennsylvania. Said return disclosed and claimed that a refund of $4,959 was owed to Robert Lee Porter, Jr.

6. The Internal Revenue Service disallowed Robert Lee Porter, Jr.'s refund claim in the amount of $3,411 on the alleged grounds that he was not eligible for the Earned Income Credit.

7. Robert Lee Porter, Jr.'s Form 1040, filed on or about February 25, 2002, stated that he was entitled to the Earned Income Credit for his biological children, Carrie Ann Marie Cunningham and Julia Nicole Cunningham-Porter, who resided with him for all of the 2001 year.

8. Robert Lee Porter, Jr. properly claimed the earned income credit because he is an "eligible individual," as defined in 26 U.S.C. §32(c)(1)(A)(i). Robert Lee Porter, Jr. qualifies as an "eligible individual" because each of his two children are qualifying children as defined in 26 U.S.C. §32(c)(3)(A)(i)-(iii). In order to be a "qualifying child" a child must: (a) bear a relationship to the taxpayer specified in 26 U.S.C. §32(c)(3)(B)(i)(I); (b) reside in the same principal place of abode as the taxpayer for more than one-half of such taxable year; and (c) meet the age requirements of 26 U.S.C. §32(c)(3)(C). Carrie Ann Marie Cunningham and Julia Nicole Cunningham-Porter, both are the Plaintiff's children (§32(c)(3)(B)(i)(I)); under the age nineteen (§32(c)(3)(C)(i)); and were permanent residents of the same principal place of abode as Robert Lee Porter, Jr. throughout 2001.

9. On or about July 8, 2005, Robert Lee Porter, Jr. submitted an Amended U.S. Individual Income Tax Return restating his refund claims as originally set forth on his Original 2001 Return.

10. The Internal Revenue Service erroneously disallowed Robert Lee Porter, Jr.'s amended claim for the 2001 year on or about September 8, 2005 on the grounds it was not timely filed.

11. Robert Lee Porter, Jr. timely filed his claim for refund because he filed his original return within (3) three years of the due date or actual filing date, pursuant to 26 U.S.C. § 6511(a). For the purpose of section §6511, an original return submitted as a refund claim shall be considered filed as of the date the original return is filed. 26 CFR 301.6402-3(a)(5). Robert Lee Porter, Jr.'s original return was filed on or about February 25, 2002, which is within (3) years of the returns due date or filing date of February 25, 2002.

12. Robert Lee Porter, Jr. states that he is entitled to a refund for year 2001 in the amount of $3,411, plus all additional taxes, interest and penalties paid because of the Internal Revenue Service's erroneous disallowance of his Form 1040 refund claim for the 2001 year.

13. Robert Lee Porter, Jr., is the sole owner of his refund claim and he has not assigned said claim to any other person.

WHEREFORE, plaintiff, Robert Lee Porter, Jr., respectfully prays for judgment against the defendant in the amount of $3,411 or for such greater amount as he may be entitled to, together with costs and interest as allowed by law, and for such other relief as the Court may deem appropriate.

Respectfully submitted,

Leslie M. Book
Villanova University Federal Tax Clinic
299 North Spring Mill Road
Villanova, PA 19085
Ph: (610) 519-4123
Fax: (610) 519-5173

10-23-06
Date

Linda Love Vines
Linda Love Vines
Villanova University Federal Tax Clinic
299 North Spring Mill Road
Villanova, PA 19085
Ph: (610) 519-4123
Fax: (610) 519-5173

10-23-06
Date

Attorneys for Plaintiff, Robert Lee Porter, Jr.