# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
ROBERT LEE PORTER,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-740T

Filed: November 2, 2006

Senior Judge Loren A. Smith

**ORDER**

The Court hereby GRANTS Plaintiff's Motion to proceed *in forma pauperis*.

**IT IS SO ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge