IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-740 T

(Judge Loren A. Smith)

ROBERT LEE PORTER, JR.,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of sixty days from December 29, 2006, to and including February 27, 2007, within which to file its answer or other response in the above-captioned case. This is the first enlargement of time requested for this purpose.

In support of this motion, defendant states that the Internal Revenue Service recently forwarded to defendant's trial attorney its defense recommendation and the administrative files that have been located to date. The Internal Revenue Service advised defendant's trial attorney that with respect to one issue it is coordinating with a specialist in the IRS National Office and will provide supplemental views on that issue. This enlargement of time is sought in order to allow the Internal Revenue Service additional time to prepare and forward its supplemental

defense recommendation and to allow defendant's trial attorney additional time to review the administrative file and to review any supplemental defense recommendations prepared by the Internal Revenue Service. Defendant's trial attorney expects to receive any supplemental defense recommendations and to respond to the complaint within the time requested. Plaintiff's counsel has authorized us to state that plaintiff has no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

December 29, 2006