# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
ROBERT LEE PORTER, *
*Plaintiff*, *
v. *
THE UNITED STATES, *
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-740T

Filed: January 3, 2007

Senior Judge Loren A. Smith

## ORDER

The Court hereby GRANTS Defendant's Motion for Enlargement of Time. Defendant's answer or other response in the above-captioned case shall be filed and served on or before February 27, 2007.

**IT IS SO ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge