IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-740 T

(Judge Loren A. Smith)

ROBERT LEE PORTER, JR.,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of sixty days from February 27, 2007, to and including April 28, 2007, within which to file its answer or other response in the above-captioned case. This is the second enlargement of time requested for this purpose, the first request having been granted for a total of sixty days.

In support of this motion, defendant states that counsel for the parties have consulted about further proceedings in the instant action. On February 21, 2007, defendant's trial attorney received a submission from plaintiff's counsel containing a detailed factual and legal analysis as well as supporting documentation with respect to the claims at issue in this matter. In addition, the Internal Revenue Service has forwarded its supplemental defense recommendation to defendant's trial attorney. Based upon the foregoing, counsel for the parties have agreed to

schedule settlement discussions. Thus, in order to allow the parties time to finalize all settlement discussions, and in an effort to secure an efficient and inexpensive determination in this case, defendant requests additional time to file its answer or other response. Plaintiff's counsel has authorized us to state that plaintiff has no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

February 26, 2007