# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
ROBERT LEE PORTER,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-740T

Filed: March 5, 2007

Senior Judge Loren A. Smith

**ORDER**

The Court hereby GRANTS Defendant's Motion for Enlargement of Time. Defendant's answer or other response in the above-captioned case shall be filed and served on or before April 27, 2007.

**IT IS SO ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge