IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-740 T

(Judge Loren A. Smith)

ROBERT LEE PORTER, JR.,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of 30 days from April 27, 2007, to and including May 27, 2007, within which to file its answer or other response in the above-captioned case. This is the third enlargement of time requested for this purpose, the first two requests having been granted for a total of one hundred nineteen days.

In support of this motion, defendant states that by letter dated April 26, 2007, counsel for plaintiff submitted a draft settlement proposal in this action. Defendant requests additional time time to file its answer or other response in order to review plaintiff's draft settlement proposal and to allow the parties time to finalize all settlement discussions. Plaintiff's counsel has authorized us to state that plaintiff has no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

April 27, 2007