# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ROBERT LEE PORTER, | * | |
| *Plaintiff*, | * | Case No. 06-740T |
| v. | * | Filed: April 30, 2007 |
| THE UNITED STATES, | * | Senior Judge Loren A. Smith |
| *Defendant*. | * | |

## ORDER

The Court hereby GRANTS Defendant's Motion for Enlargement of Time. Defendant's answer or other response in the above-captioned case shall be filed and served on or before May 28, 2007.

**IT IS SO ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge