IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-740 T

(Judge Loren A. Smith)

ROBERT LEE PORTER, JR.,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of 30 days from May 28, 2007, to and including June 27, 2007, within which to file its answer or other response in the above-captioned case. This is the fourth enlargement of time requested for this purpose, the first three requests having been granted for a total of one hundred forty-nine days.

In support of this motion, defendant states that counsel for plaintiff has submitted a draft settlement proposal in this action. Defendant's trial attorney anticipates that plaintiff's proposal will lead to a settlement offer that she will favorably recommend. In an effort to resolve this matter administratively, defendant's trial attorney has forwarded plaintiff's draft settlement proposal to a Department of Justice recomputation specialist who is preparing a recomputation

for the year in issue based upon that draft proposal. Defendant's trial attorney will finalize her recommendation once the recomputation specialist has completed his analysis. Defendant anticipates that final negotiations with respect to the settlement of all issues in this action will be completed within thirty days. Plaintiff's counsel has authorized us to state that plaintiff has no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

May 25, 2007