# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| ROBERT LEE PORTER, | |
| *Plaintiff*, | Case No. 06-740T |
| v. | Filed: May 29, 2007 |
| THE UNITED STATES, | Senior Judge Loren A. Smith |
| *Defendant*. | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court hereby GRANTS Defendant's Motion for Enlargement of Time. Defendant's answer or other response in the above-captioned case shall be filed and served on or before June 27, 2007.

**IT IS SO ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge