IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-740 T

(Judge Loren A. Smith)

ROBERT LEE PORTER, JR.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT MOTION FOR SUSPENSION OF PROCEEDINGS

Pursuant to RCFC 7(b), the parties hereby move the Court for an order suspending proceedings in the above-captioned case for 91days, from July 30, 2007, to and including October 29, 2007. This is the first suspension of proceedings requested for this purpose.

In support of this motion, the parties state as follows:

1. On July 20, 2007, plaintiff's settlement offer was accepted on behalf of the Attorney General.

2. Directions for implementing the settlement have been forwarded to the Cincinnati Service Center. Once the refund or credit authorized under the settlement has been issued to plaintiff, a stipulation of dismissal will be filed with the Court.

3. Defendant's trial attorney anticipates that the credit or refund should be issued and the stipulation for dismissal filed within 91 days.

4. Accordingly, the parties believe that a suspension of proceedings is appropriate and request a period of 91 days to complete the settlement process. The parties will file a joint status report on or before October 29, 2007, if a stipulation for dismissal has not been filed.

WHEREFORE, the parties request that their joint motion for suspension of proceedings be granted.

Respectfully submitted,

July 26, 2007
Date

s/Leslie M. Book

LESLIE M. BOOK
299 North Spring Mill Road
Villanova University Federal Tax Clinic
Villanova, Pennsylvania 19085
(610) 519-4123

Attorney for Plaintiff

July 26, 2007
Date

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief

July 26, 2007
Date

s/David Gustafson
Of Counsel

Attorneys for Defendant