# In the United States Court of Federal Claims

| | |
|---|---|
| ROBERT LEE PORTER, | |
| *Plaintiff*, | Case No. 06-740T |
| v. | Filed: July 30, 2007 |
| THE UNITED STATES, | Senior Judge Loren A. Smith |
| *Defendant*. | |

## ORDER

The Court hereby GRANTS the Joint Motion to Suspend the Proceedings for 91 days for the parties to complete the settlement process. The parties are DIRECTED to file a status report on or before October 29, 2007, if a stipulation for dismissal has not been filed.

**IT IS SO ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge