IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-740 T

(Judge Loren A. Smith)

ROBERT LEE PORTER,

Plaintiff

v.

THE UNITED STATES,

Defendant

STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

8/21/07
Date

s/Leslie M. Book
LESLIE M. BOOK
299 North Spring Mill Road
Villanova University Federal Tax Clinic
Villanova, Pennsylvania 19085
(610) 519-4123

8/21/07
Date

s/Linda Love Vines
LINDA LOVE VINES
299 North Spring Mill Road
Villanova University Federal Tax Clinic
Villanova, Pennsylvania 19085
(610) 519-4123

Attorneys for Plaintiff

8/21/07
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief

8/21/07
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant